Josh Thompson )
)
Plaintiff(s), )
)
vs )
Discover Products Inc., successor by merger to )
DB Servicing Corporation, )
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

__Discovery Products, Inc.__ who is __defendant__,
(name of party)          (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES ◯     NO ●

2. Does party have any parent corporations?

    YES ●     NO ◯

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

Discover Products, Inc., successor by merger to DB Servicing Corporation, is a wholly owned subsidiary of Discover Bank. Discover Bank is a wholly-owned subsidiary of Discover Financial Services.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES ◯     NO ●

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    YES ◯      NO ⦿

If yes, identify entity and nature of interest:

5. Is party a trade association?

    YES ◯      NO ⦿

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:
N/A

Signature: Mark S. Wierman

Date: 3/11/15

[Finalize Form] [Reset Form]

| | |
|---|---|
| Josh Thompson )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Discover Products Inc., successor by merger )<br>to DB Servicing Corporation, )<br>)<br>Defendant. )<br>)<br>) | Case No.: 5:15-cv-00012-FL |

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2015, a copy of the foregoing DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION was filed with the Court's ECF system and was served upon the parties listed below by depositing a copy thereof in the United States Mail in Charlotte, North Carolina, postage pre-paid and addressed as follows:

>Ruth M. Allen, Esq.
>7413 Six Forks Road, Suite 326
>Raleigh, NC 27615
>rallen@lemberglaw.com
>
>*Attorney for Plaintiff*

>/s/ Mark S. Wierman
>Attorney for Defendant
>Bradley Arant Boult Cummings LLP
>Bank of America Corporate Center
>100 Tryon Street, Suite 2690
>Charlotte, North Carolina 28202
>Telephone: (704) 338-6023