IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Josh Thompson,

    Plaintiff,

v.

Discover Card Services, Inc.,

    Defendant.

Civil Action No.: 5:15-cv-00012-FL

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: July 15, 2015

    Respectfully submitted,

    By   */s/ Ruth M. Allen*

    Ruth M. Allen, Esq.
    Bar Number: 34739
    7413 Six Forks Road, Suite 326
    Raleigh NC  27615
    Email: rallen@lemberglaw.com
    Telephone: (855) 301-2100 Ext. 5536
    Facsimile:  (888) 953-6237
    Attorney for Plaintiff

    Of Counsel To:
    LEMBERG LAW, L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Ruth M. Allen*

Ruth M. Allen, Esq.